Chris D. Barski (024321)
**BARSKI LAW PLC**
9375 E. Shea Blvd., Suite 100
Scottsdale, AZ 85260
Tel: (602) 441-4700
Fax: (602) 680-4305
cbarski@barskilaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| NEIL N. SEXTON, | Case No. 2:21-bk-02123-EPB |
| Debtor. | |
| _____ | |
| MORGAN COURTNEY WANG, | Adv. No. 2:21-ap-00174-EPB |
| Plaintiff, | **ANSWER TO FIRST AMENDED COMPLAINT** |
| v. | |
| NEIL N. SEXTON, | |
| Defendant. | |

Defendant, Neil Sexton, through undersigned counsel, for his answer to Plaintiff's First Amended Complaint, hereby states as follows:

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Admit.

8. Admit.

1
9. Admit.

2
10. Defendant is without knowledge or information sufficient to form a belief as to whether

3
Plaintiff has a lifetime of expensive medical care and thereby denies the same.

4
Defendant admits the remaining allegations of Paragraph 10.

5
11. Admit.

6
12. Deny.

7
13. Deny.

8
14. Defendant is without knowledge or information sufficient to form a belief regarding the

9
allegations in Paragraph 14 and thereby denies the same.

15. Defendant is without knowledge or information sufficient to form a belief regarding the

10
allegations in Paragraph 15 and thereby denies the same.

11
16. Deny.

12
17. Defendant admits that he was suicidal but denies the remaining allegations contained in

13
Paragraph 17.

14
18. Deny.

15
19. Deny.

16
20. Admit.

17
21. Admit.

18
22. Admit.

19
23. Admit.

20
24. Admit.

21
25. Admit.

22
26. Defendant is without knowledge or information sufficient to form a belief regarding the

23
allegations in Paragraph 26 and thereby denies the same.

24
27. Admit.

25
28. Deny.

26
29. Defendant is without knowledge or information sufficient to form a belief regarding the

allegations in Paragraph 29 and thereby denies the same.

30. Admit.

31. Admit.

32. Defendant is without knowledge or information sufficient to form a belief regarding the allegations in Paragraph 32 and thereby denies the same.

33. Admit.

34. Deny.

35. Admit on the negligence claim only.

36. Admit.

37. Deny.

38. Admit.

39. Admit.

40. Admit.

41. Admit.

42. Defendant is without knowledge or information sufficient to form a belief regarding the allegations in Paragraph 42 and thereby denies the same.

43. Incorporate by reference.

44. Deny.

45. Deny.

46. Deny.

47. Deny.

48. Incorporate by reference.

49. Deny.

50. Deny.

51. Admit.

52. Admit.

53. Admit.

54. Admit.

55. Defendant is without knowledge or information sufficient to form a belief regarding the

allegations in Paragraph 55 and thereby denies the same.

56. Admit.

57. Admit.

58. Deny.

59. Admit.

60. Deny.

61. Defendant is without knowledge or information sufficient to form a belief regarding the allegations in Paragraph 61 and thereby denies the same.

62. Deny.

63. Deny.

64. Deny.

65. Deny.

66. Deny.

67. Admit.

68. Deny.

69. Deny.

**WHEREFORE**, Defendant affirmatively alleges that Plaintiff's claim(s) do not state claims for relief and should be dismissed in full.

DATED this December 13, 2021.

**BARSKI LAW PLC**

By: /s/ Chris Barski
Chris D. Barski

ORIGINAL of the foregoing electronically
filed this 13th day of December, 2021, with:

Clerk of U.S. Bankruptcy Court, District of Arizona
https://ecf.azb.uscourts.gov

COPY of the foregoing e-mailed this same date, to:

Andrew A. Harnish, Esq.
May, Potenza, Baran & Gillespie P.C.
201 N. Central Ave., 22nd Floor
Phoenix, AZ 85004
aharnish@maypotenza.com
*Attorney for Plaintiff*

By: /s/ Danae Romero