Andrew A. Harnisch (024957)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 North Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: aharnisch@maypotenza.com

*Counsel for Plaintiff Morgan Courtney Wang*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| NEIL N. SEXTON, | Case No. 2:21-bk-02123-EPB |
| Debtor. | **Adv. No. 2:21-ap-00174-EPB** |
| ———————————————— | **RESPONSE TO MOTION TO ALLOW DEPOSITION TESTIMONY AND DECLARATION OF GARY SEXTON AT TRIAL** |
| MORGAN COURTNEY WANG, | |
| Plaintiff, | **Hearing Date: November 8, 2023** |
| v. | **Hearing Time: 10:30 a.m.** |
| NEIL N. SEXTON, | |
| Defendant. | |

Plaintiff Morgan Courtney Wang ("**Wang**"), through undersigned counsel, hereby responds on a preliminary basis to Defendants' *Motion to Allow Deposition Testimony and Declaration of Gary Sexton at Trial* (the "**Motion**") [DE 114] filed by Defendant Neil Sexton ("**Sexton**"), which the Court is considering on an expedited basis on November 8, 2023 at 10:30 a.m.

This Court is well aware of the fraught procedural history of this case, including the Defendant's family's serial refusal to testify in Defendant's defense. Given the stakes, it is remarkable that none of the Defendant's key

witnesses are willing to answer questions under oath about the central facts of this case (about which they claim to have first-hand knowledge). Fred Asgarian "M.D.", the Defendant's uncle, benefactor, document witness, and allegedly a medical doctor, has disappeared rather than answer questions under oath. One hopes his patients are ok in his absence.

Now, the Defendant's father claims he is far too busy with work to come to Court and testify that his *son* is not a *fraudster*. He works for the government, but can't elaborate. He is on special assignment – don't ask. He is so busy he can't take any vacation days until his secret assignment is done, but that won't happen in time for trial, whenever that is.

This Court has been extremely accommodating to the parties' schedules and has basically allowed the parties to select their own trial date. It is not credible that the Defendant's father cannot find a single morning or afternoon to testify via Zoom in his son's defense.

It is obvious what is happening here. The Defendant's family members will sign statements but won't have their narrative challenged, because that narrative is full of holes. In this fraud case, credibility is everything. Plaintiff requests that the Court deny the Motion and require the Defendant to produce his witnesses for cross-examination.

Respectfully submitted this 7th day of November, 2023.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Andrew A. Harnisch*
     Andrew A. Harnisch
     *Counsel for Plaintiff Morgan Courtney Wang*

Original of the foregoing electronically
filed this 7th day of November, 2023, with:

Clerk of the US Bankruptcy Court, District of Arizona

COPY of the foregoing emailed and
*mailed this same date to:

Chris D. Barski
BARSKI LAW PLC
9375 E. Shea Blvd, Ste 100
Scottsdale, AZ 85260
cbarski@barskilaw.com
*Attorney for Defendant/Debtor Neil Sexton*

Fred Asgarian*
8216 E. Del Cuarzo Drive
Scottsdale, AZ 85258
glacierlt@mayo.ee

*/s/ Michelle Giordano*