Chris D. Barski (024321)
**BARSKI LAW PLC**
9332 N. 95th Way, Suite 109
Scottsdale, AZ 85258
Tel: (602) 441-4700
cbarski@barskilaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| NEIL N. SEXTON, | Case No. 2:21-bk-02123-EPB |
| Debtor. | |
| MORGAN COURTNEY WANG, | Adv. No. 2:21-ap-00174-EPB |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE TRIAL DATE AND SET CONTINUED PRE-TRIAL STATUS CONFERENCE** |
| NEIL N. SEXTON, | |
| Defendant. | |

Defendant Neil Sexton hereby requests to continue the trial date set for November 16, 2023 at 10:00 a.m. and for a continued pre-trial status conference be set in approximately thirty (30) days. The parties previously had a pre-trial status conference on November 8, 2023 in which the parties and the Court discussed the availability of certain key witnesses. Namely, the availability of Defendant's uncle, Fred Asgarian, to testify via Zoom and the unavailability of Defendant's father, Gary Sexton, to establish admissibility of the deposition transcript under Rule 32, were both discussed at length. It was Defendant's position that more time was necessary to supplement the Declaration of Gary Sexton and for the Court to consider any motion from Fred Asgarian requesting an appearance via Zoom.

The Court was prepared to continue the trial with a continued status conference to be set to provide sufficient time to further brief the nature of any testimony given the potential importance of the testimony to the case. However, the Court held the trial date in the event that expedited submissions could be provided by Chris Dutkeiwicz as potential counsel for Mr. Asgarian and as current counsel for Gary Sexton. It is now apparent that such briefing will not be possible on an expedited basis.

Based upon this, Defendant requests that the trial date be continued and that a continued pre-trial status conference be set for approximately thirty (30) days to resolve these issues and further update the Court. Pursuant to Local Rule 9013-1, Defendant sought the position of Plaintiff's counsel who does not consent to the continuance.

A proposed form of order is lodged herewith.

DATED this November 10, 2023.

**BARSKI LAW PLC**

By: /s/ Chris Barski
Chris D. Barski

ORIGINAL of the foregoing electronically
filed this 10th day of November, 2023, with:

Clerk of U.S. Bankruptcy Court, District of Arizona
https://ecf.azb.uscourts.gov

COPY of the foregoing e-mailed this same date, to:

Andrew A. Harnish, Esq.
May, Potenza, Baran & Gillespie P.C.
201 N. Central Ave., 22nd Floor
Phoenix, AZ 85004
aharnish@maypotenza.com
Attorney for Plaintiff

Chris Dutkiewicz, Esq.
DM Bankruptcy Law Group LLC
4140 E. Baseline Road, #101
Mesa, AZ 85206
chris@azdebtattorney.com

| | |
|---|---|
| 1 | Attorney for Gary Sexton |
| 2 | By: /s/ Danae Romero |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |