# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Audio Record of Hearing Held

### Hearing Information:

| | |
|---|---|
| **Debtor:** | NEIL N. SEXTON |
| **Case Number:** | 2:21-BK-02123-EPB    **Chapter:** 7 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 14, 2023  10:00 AM  TELEPHONIC HRGS |
| **Courtroom Clerk:** | DAWN SAUCIER |
| **Reporter / ECR:** | KAREN DOANE |
| **Audio File Name:** | AHL01604821.MP3 |
| **Audio File Size:** | 86 KB |
| **Audio File Length:** | 00:00:11 |
| | Additional Audio Files Attached. |

**Help using this file:**

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

> **This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**

### Matter:

**ADV: 2-21-00174**
**MORGAN COURTNEY WANG vs Neil N. Sexton**
MOTION TO CONTINUE TRIAL
**R / M #:**   124 /  130