Chris D. Barski (024321)
**BARSKI LAW PLC**
9332 N. 95th Way, Suite 109
Scottsdale, AZ 85258
Tel: (602) 441-4700
cbarski@barskilaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>NEIL N. SEXTON,<br><br>        Debtor.<br>_____<br>MORGAN COURTNEY WANG,<br><br>        Plaintiff,<br><br>v.<br><br>NEIL N. SEXTON,<br><br>        Defendant. | Chapter 7<br><br>Case No. 2:21-bk-02123-EPB<br><br><br>Adv. No. 2:21-ap-00174-EPB<br><br>**OBJECTION TO PLAINTIFF'S TRIAL DECLARATION OF MORGAN COURTNEY WANG [DE 123]** |

    Defendant Neil Sexton submits the following Objection/Motion in Limine to Plaintiff's Trial Declaration of Morgan Courtney Wang [DE 123] filed on November 9, 2023.

## I. GENERAL OBJECTION

    Plaintiff previously stated to the Court that she did not intend to testify on direct as she had no relevant evidence to offer. The general testimony submitted by Plaintiff seeks to relitigate facts from over a decade ago which have no relevancy to this case and would unnecessarily delay this trial over immaterial, collateral and irrelevant matters. Further, Plaintiff already tried to relitigate those issues on her Section 523 claim which were denied in Defendant being granted summary judgment on December 1, 2022. [DE 61].

## II. SPECIFIC OBJECTIONS

| Paragraph | Objection |
|---|---|
| 5 | Inadmissible Character Evidence, FRE 404(b), FRE 608 |
|   | Foundation, FRE 602 |
|   | Relevancy, FRE 401 |
|   | Foundation, FRE 602 |
|   | More Prejudicial Than Probative, FRE 403 |
| 7 | Foundation, FRE 602 |
|   | Relevancy, FRE 401 |
|   | More Prejudicial Than Probative, FRE 403 |
|   | Alleged Prior Bad Acts, FRE 404(b) |
| 8 | Relevancy, FRE 401 |
|   | Hearsay, FRE 801 |
| 9 | Relevancy, FRE 401, 403 |
|   | Hearsay, FRE 801 |
| 10 | Relevancy, FRE 401, 403 |
|   | Hearsay, FRE 801 |
| 11 | Hearsay, FRE 801 |
|   | Relevancy, FRE 401, 403 |
|   | Foundation, FRE 602 |
| 12 | Hearsay, FRE 801 |
|   | Relevancy, FRE 401, 403 |
|   | Foundation, FRE 602 |
| 13 | Foundation, FRE 602 |
|   | Hearsay, FRE 801 |
|   | Relevancy, FRE 401, 403 |
| 14 | Foundation, FRE 602 |

|    |                                           |
|----|-------------------------------------------|
|    | Hearsay, FRE 801                          |
|    | Relevancy, FRE 401, 403                   |
| 15 | Foundation, FRE 602                       |
|    | Relevancy, FRE 401, 403                   |
| 16 | Foundation, FRE 602                       |
|    | Relevancy, FRE 401, 403                   |
|    | Alleged Prior Acts re Character, FRE 404(b) |
| 17 | Foundation, FRE 602                       |
|    | Hearsay, FRE 801                          |
|    | Relevancy, FRE 401, 403                   |
| 18 | Foundation, FRE 602                       |
|    | Relevancy, FRE 401, 403                   |
| 19 | Foundation, FRE 602                       |
|    | Hearsay, FRE 801                          |
|    | Relevancy, FRE 401, 403                   |
| 20 | Foundation, FRE 602                       |
|    | Hearsay, FRE 801                          |
|    | Relevancy, FRE 401, 403                   |
| 21 | Foundation, FRE 602                       |
|    | Relevancy, FRE 401, 403                   |
| 22 | Foundation, FRE 602                       |
|    | Hearsay, FRE 801                          |
|    | Relevancy, FRE 401, 403                   |
| 23 | Foundation, FRE 602                       |
|    | Hearsay, FRE 801                          |
|    | Relevancy, FRE 401, 403                   |
|    | Best Evidence Rule, FRE 1002              |
| 24 | Relevancy, FRE 401, 403                   |

| 27 | Foundation, FRE 602 |
| --- | --- |
|  | Hearsay, FRE 801 |
|  | Relevancy, FRE 401, 403 |
| 30 | Foundation, FRE 602 |
|  | Hearsay, FRE 801 |
|  | Relevancy, FRE 401, 403 |
|  | Best Evidence Rule, FRE 1002 |
| 31 | Foundation, FRE 602 |
|  | Relevancy, FRE 401, 403 |
|  | Best Evidence Rule, FRE 1002 |
| 32 | Foundation, FRE 602 |
|  | Relevancy, FRE 401, 403 |
|  | Impermissible Opinion re Character, FRE 404 |

### III. CONCLUSION

For the reasons articulated herein, Defendant Neil Sexton asks that the Court strike these specific testimony from the record and that they not be admitted at trial on the issues to be tried before the Court.

DATED this January 5, 2024.

**BARSKI LAW PLC**

By: /s/ Chris Barski
Chris D. Barski

ORIGINAL of the foregoing electronically
filed this 5th day of January, 2024, with:

Clerk of U.S. Bankruptcy Court, District of Arizona
https://ecf.azb.uscourts.gov

| | |
|---|---|
| 1 | COPY of the foregoing e-mailed this same date, to: |
| 2 | |
| 3 | Andrew A. Harnish, Esq.<br>May, Potenza, Baran & Gillespie P.C. |
| 4 | 201 N. Central Ave., 22nd Floor<br>Phoenix, AZ 85004 |
| 5 | aharnish@maypotenza.com |
| 6 | *Attorney for Plaintiff* |
| 7 | By: /s/ Danae Romero |