SO ORDERED.

Dated: January 17, 2024

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

MINUTE ENTRY/ORDER

| | |
|---|---|
| Bankruptcy Judge: | Eddward P. Ballinger, Jr. |
| Case Name: | Neil N. Sexton |
| Case Number: | 2:21-bk-02123-EPB |
| Adversary Name: | Morgan Courtney Wang v. Neil N. Sexton |
| Adversary Number: | 2:21-ap-00174-EPB |
| Subject of Matter: | Objection to Declaration Testimony |
| Date Matter Ruled Upon: | January 17, 2024 |

    The Court has reviewed each of Defendant's objections to the declaration testimony of Plaintiff. Most, but not all, are not well grounded. With regard to the remaining objections, because this trial will center on credibility determinations, the Court finds that to the extent Defendant's objections may arguably have merit, overruling them cannot prejudice Defendant. For example, some of the declarant's statements may not be relevant to the legal issues presented but do aid the Court evaluating credibility. Further, Defendant will be able to highlight the declaration's defects (and if appropriate renew objections) during the trial. For this reason,

IT IS ORDERED overruling Defendant's pre-trial objections to Plaintiff's declaration testimony.