SO ORDERED.

Dated: July 11, 2024

Eddward P. Ballinger Jr., Chief Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| NEIL N. SEXTON, | Case No. 2:21-bk-02123-EPB |
| Debtor. | Adv. No. 2:21-ap-00174-EPB |
| MORGAN COURTNEY WANG, | **JUDGMENT DENYING DISCHARGE** |
| Plaintiff, | |
| v. | |
| NEIL N. SEXTON, | |
| Defendant. | |

Pursuant to the Court's *Minute Entry/Order* dated April 2, 2024 denying the Debtor a discharge, and good cause appearing therefor,

**THE COURT HEREBY ORDERS** that Debtor Neil N. Sexton is denied a discharge pursuant to 11 U.S.C. §§ 727(a)(2)(A) and (a)(4).

**DATED AND SIGNED ABOVE.**